**EXHIBIT 1**



## BANC OF CALIFORNIA

### PERSONAL FINANCIAL STATEMENT AND LOAN APPLICATION

---

### CREDIT REQUEST

| | |
|---|---|
| Applicant Name: *Ms Mc̶Ḑonnell* | **Loan Type:** ☑ Revolving Line of Credit   ☐ Non-Revolving Line of Credit<br>☐ Installment Loan   ☐ Non-amortizing Loan   ☐ Home Equity Line   ☐ Other |

**Specific Purpose of Loan:** *Cash flow until trust distributes*

**Amount Requested: $** *10,000,000*   **Collateral Offered:** *Trust funds*

**Applicant Type:**   ☑ An Individual(s)*   ☐ A Proprietorship   ☐ A Partnership   ☐ A Corporation   ☐ Non-Profit
☐ A Gov't Entity   ☐ An LLC   ☐ An Association   ☐ A Trust   ☐ Other

**NOTICE TO MARRIED APPLICANTS:  IF YOU ARE MARRIED, YOU MAY APPLY FOR CREDIT IN YOUR NAME ALONE.**

\* If an individual: We intend to apply for joint credit.  ☐ Yes  ☑ No   Applicant's initials: _____   Co-applicant's initials: _____

---

### COMPLETION INSTRUCTIONS FOR APPLICANT AND CO-APPLICANT

Complete the personal financial information section below and sign the form on page 4. Mark the appropriate box to indicate whether the Applicant(s) is/are applying as a Borrower, Co-Borrower, Guarantor, Principal, or Other for a different capacity.  If the Applicant is married, he or she may apply for individual credit. (a) If you are applying for joint credit or will be permitted joint use of the account, complete the Co-Applicant Information section and sign the form under Co-Applicant.  (b) If the Applicant is applying for individual credit, but relying on income from alimony, child support, or separate maintenance or on the income or assets of another person as the basis for repayment of the credit requested, complete the Co-Applicant Information section, to the extent possible, providing information about the person on whose alimony, support, or maintenance payments or income or assets the Applicant is relying.  (c) If the Applicant resides in a community property state or is relying on property located in such a state as a basis for repayment of the credit requested check the box marked "Other" for Co-Applicant, and complete the Co-Applicant Information on page 1 with regard to the Applicant's spouse.

---

| **APPLICANT** ☑ Borrower ☐ Co-Borrower ☐ Principal ☐ Grantor ☐ Other | **CO-APPLICANT** ☐ Borrower ☐ Co-Borrower ☐ Principal ☐ Grantor ☐ Other |
|---|---|
| Name<br>*Mary Carol McDonnell* | Name |
| ☐ Married ☐ Separated ☐ Unmarried (Includes single, divorced, widowed) | ☐ Married ☐ Separated ☐ Unmarried (Includes single, divorced, widowed) |
| Address *[redacted]*   ☑ Own ☐ Rent   How Long? *15 yrs* | Address   ☐ Own ☐ Rent   How Long? |
| City *La Canada*   State   Zip Code *CA* | City   State   Zip Code |
| Home phone   Cell phone *310-210-1881*   Email address *marycarolmcdonnell@gmail.com* | Home phone   Cell phone   Email address |
| Employer Name *N/A*   Employer Phone | Employer Name   Employer Phone |
| Employer Address | Employer Address |
| City   State   Zip Code | City   State   Zip Code |
| Business/Occupation   How Long? | Business/Occupation   How Long? |
| Social Security Number   Date of Birth   Place of Birth *St Louis* | Social Security Number   Date of Birth   Place of Birth |
| Mother's Maiden Name *Muse*   Former Names and Aliases | Mother's Maiden Name   Former Names and Aliases |
| ☑ U.S. Citizen   ☐ Resident Alien   ☐ Non Resident Alien (NRA) | ☐ U.S. Citizen   ☐ Resident Alien   ☐ Non Resident Alien (NRA) |
| Primary Identification:  ☐ Driver's License ☐ State ID ☐ Passport | Primary Identification:  ☐ Driver's License ☐ State ID ☐ Passport |
| Issued by   State: *AZ* Country: *USA*  Number: | Issued by   State:   Country:   Number: |
| Issue Date   Expiration Date | Issue Date   Expiration Date |
| Secondary Identification: ☐ VISA ☐ M/C ☐ AMEX<br>☐ Military ID ☐ Student ID ☐ Resident alien card | Secondary Identification: ☐ VISA ☐ M/C ☐ AMEX<br>☐ Military ID ☐ Student ID ☐ Resident alien card |
| Issued by   Expiration Date | Issued by   Expiration Date |
| **ID number | ** ID number |
| _____ Primary ID verified by Relationship Officer (initial) | _____ Primary ID verified by Relationship Officer (initial) |

** For credit cards, enter only the last four digits.

Complete the personal financial information section, using supplemental schedules as needed. If married, we will assume assets are community property unless indicated otherwise. If the Applicant is married, he or she may apply for individual credit.

If any assets are held in trust, please specify:

Form of Trust:  ☐ Revocable  ☒ Irrevocable    Exact Name of Trust: *McDonnell Family Irrevocable Trust*

Trust Tax I.D. Number: *of 1964*

Alimony, child support or separate maintenance income **NEED NOT** be revealed if you do not wish to have it considered as a basis for repaying this obligation. Alimony, child support, separate maintenance received under: *N/A*

☐ Court Order   ☐ Written Agreement   ☐ Oral Understanding   ☐ Other

**VALUATION DATE:**_____

| Assets | Amount | Liabilities | Pmt./Mo. | Amount |
|---|---|---|---|---|
| Cash Accounts (Schedule A)* | | Real Estate Loans (Schedule G) | | |
| Stocks / Bonds (Schedule B)* | | Other Debts (Schedule H) | | |
| Life Insurance (CSV) (Schedule C) | | | | |
| Partnerships & LLCs (Schedule D) | | | | |
| Businesses Owned (Schedule D) | | Loans on Life Insur. (Schedule C) | | |
| Retirement Funds (Schedule E) | | Taxes Payable | | |
| Real Estate Owned (Schedule F) | | Credit Cards | | |
| Autos / Recreational Vehicles | | | | |
| Collectibles | | | | |
| Household Goods | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Total Liabilities | $ 0.00 | $ 0.00 |
| * Attach complete copies of account statements | | Net Worth (Assets less Liabilities) | | $ 0.00 |
| Total Assets | $ 0.00 | Total Liabilities and Net Worth | | $ 0.00 |

| Schedule of Income | | Schedule of Expenses | | Contingent Liabilities | |
|---|---|---|---|---|---|
| Applicant Salary | | HOA Dues | | As Endorser | |
| Co-Applicant Salary | | Insurance | | As Guarantor | |
| Overtime / Bonuses | | Rent / Mortgage Pmts. | | On Damage Claims | |
| Interest & Dividends | | Taxes (Property) | | For Taxes | |
| Retirement | | Taxes (Income) | | Other (Describe below) | |
| Alimony/Child Support (Optional) | | Alimony/Child Support (Optional) | | | |
| Other (Describe below) | | Other (Describe below) | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| Total Income | $ 0.00 | Total Expenses | $ 0.00 | Total C/L | $ 0.00 |

Key for Schedules A – F
Form of Ownership (FO): CP=Community Property, SA=Separate Property (Applicant), SC=Separate Property (Co-Applicant), JT=Joint Tenancy, TC=Tenancy in Common, TR=Trust

**Schedule A – Cash Accounts**   (attach copy of current bank statement)                    Subject to Debt: Dollar amount or 0, if NO

| FO | SAV | C/D | CKING | Financial Institution | Account Number | Current Balance | Subject to Debt? |
|----|-----|-----|-------|-----------------------|----------------|-----------------|------------------|
|    | ☐ | ☐ | ☐ |  |  |  |  |
|    | ☐ | ☐ | ☐ |  |  |  |  |
|    | ☐ | ☐ | ☐ |  |  |  |  |
|    | ☐ | ☐ | ☐ |  |  |  |  |
|    |   |   |   |  | Totals | $        0.00 | $        0.00 |

**Schedule B – Stocks / Bonds**   (attach complete copy of current brokerage statement)

| FO | Description | Broker / Company Name | Account Number | Current Mkt. Value | Subject to Debt? |
|----|-------------|-----------------------|----------------|--------------------|------------------|
|    |  |  |  | $ | $ |
|    |  |  |  |  |  |
|    |  |  |  |  |  |
|    |  |  |  |  |  |
|    |  |  | Totals | $        0.00 | $        0.00 |

**Schedule C – Life Insurance**

| FO | Agent / Company Name | Policy Number | Owner | Face Value | Net Cash Value | Subject to Debt? |
|----|----------------------|---------------|-------|------------|----------------|------------------|
|    |  |  |  | $ | $ | $ |
|    |  |  |  |  |  |  |
|    |  |  | Totals | $        0.00 | $        0.00 | $        0.00 |

**Schedule D – Partnerships, LLCs & Businesses Owned**   Entity Type (EN): C=Corporation, SC=S Corporation, P=Partnership, LC=LLC, LP=LLP, SP=Sole Proprietorship

| FO | EN | Business Name | % Owned | Total Revenues | Total Assets | Net Worth |
|----|----|---------------|---------|----------------|--------------|-----------|
|    |    |  | 0% | $ | $ | $ |
|    |    |  | 0% |  |  |  |
|    |    |  | 0% |  |  |  |
|    |    |  |  |  | Totals | $        0.00 |

**Schedule E – Retirement Funds**        Fund Type (FT): I=IRA, K=401K, P=Pension, O=Other

| FO | FT | Company/Sponsor | Account # | Vested Amount |
|----|----|-----------------|-----------|---------------|
|    |    |  |  | $ |
|    |    |  |  |  |
|    |    |  | Totals | $        0.00 |

**Schedule F – Real Estate Owned**          Property Type (PT): SF=Single Family Residence, C=Condo, A=Apts., O=Office, R=Retail, I=Industrial

| FO | PT | Location | Yr. Purch. | Cost | Market Value | Net Operating Income |
|----|----|----------|------------|------|--------------|----------------------|
|    | 1) |  | $ | $ | $ |  |
|    | 2) |  |  |  |  |  |
|    | 3) |  |  |  |  |  |
|    |    |  | Totals | $        0.00 | $        0.00 | $        0.00 |

**Schedule G – Real Estate Loans Payable**   (from Schedule F above)          Lien Position: 1st, 2nd, 3rd

| Location | Creditor Name / Address | Loan # | Lien Position | Unpaid Balance | Monthly Payment |
|----------|-------------------------|--------|---------------|----------------|-----------------|
| 1) |  |  |  | $ | $ |
| 2) |  |  |  |  |  |
| 3) |  |  |  |  |  |
|    |  |  | Totals | $        0.00 | $        0.00 |

**Schedule H – Other Debts**   (including credit arrangements at other banks)

| Creditor Name | Loan Number | Original Balance | Current Balance | Monthly Payment |
|---------------|-------------|------------------|-----------------|-----------------|
|  |  | $ | $ | $ |
|  |  |  |  |  |
|  |  |  |  |  |
|  | Totals | $        0.00 | $        0.00 | $        0.00 |

| For Individual Borrower(s), Co-Borrower(s), Guarantor(s) and Principals, complete the section below | | |
| --- | --- | --- |
| Applicant | Co-Applicant | |
| ☐ Yes ☐ No | ☐ Yes ☐ No | Are there any outstanding judgments against you? |
| ☐ Yes ☐ No | ☐ Yes ☐ No | Have you ever filed bankruptcy? |
| ☐ Yes ☐ No | ☐ Yes ☐ No | Have you had property foreclosed upon, given title or deed in lieu thereof? |
| ☐ Yes ☐ No | ☐ Yes ☐ No | Are you party to a lawsuit? |
| ☐ Yes ☐ No | ☐ Yes ☐ No | Are you obligated on any loan that resulted in judgment, foreclosure or title transfer? |
| ☐ Yes ☐ No | ☐ Yes ☐ No | Have you ever compromised or settled a debt for less than its full value? |
| ☐ Yes ☐ No | ☐ Yes ☐ No | Are you delinquent/in default on any Federal debt, financial obligation, bond, or loan guarantee? |
| ☐ Yes ☐ No | ☐ Yes ☐ No | Have you ever been an Officer, Director, Partner or Member of an enterprise that declared Bankruptcy, was rendered insolvent, or materially failed to pay its debts? |
| ☐ Yes ☐ No | ☐ Yes ☐ No | Are you a co-borrower or guarantor on a loan? |
| ☐ Yes ☐ No | ☐ Yes ☐ No | Are there any open tax liens or unsettled audits by the IRS or other taxing authority? |
| ☐ Yes ☐ No | ☐ Yes ☐ No | Have you or any other principals of Borrower (if any), or Borrower's affiliates (if any), ever been convicted of or pleaded no lo contendre to a felony? |

If you answered "Yes" to any of the questions in Sections A or B above, please explain:

---

**Home Equity Line of Credit Applicants Only**

If any portion of the loan proceeds will be used to improve or remodel your home, please indicate the amount of remodeling budget and estimated completion date:

Budget Amount:          $_____          Have you hired a contractor?  ☐ Yes   ☐ No

Estimated Completion Date: _____     If Yes, Contractor Name: _____
                          MONTH      YEAR             Street Address: _____
Has work started?  ☐ Yes   ☐ No                       City, State, Zip: _____
                                                          Phone: _____

NOTE: If paying off existing HELOC, please include a copy of the most recent loan statement.

---

I/We hereby apply for the loan or credit described in this application. I/We certify that I/we made no misrepresentations in this loan application or in any related documents (including any tax returns submitted for the years _____, _____, and _____ in conjunction with this application); that all information is true, correct, complete and continuing, and that I/we did not omit any important information. I/We agree that any property securing the loan or credit will not be used for any illegal or restricted purpose.  Lender is authorized to verify with other parties and to make any investigation of my/our credit, either directly or through any agency employed by Lender for that purpose.  Lender may disclose to any other interested parties information as to Lender's experiences or transactions with my/our account.  I/We understand that Lender will retain this application and any other credit information Lender receives, even if no loan or credit is granted.  These representations and authorizations extend not only to Lender, but also to any insurer of the loan and to any investor to whom Lender may sell all or any part of the loan. I/We further authorize Lender to provide to any such insurer or investor any information and documentation that they may request with respect to my/our application, credit or loan.   *credit reports Not accessible except through application*

**If the collateral offered consists of 1-4 unit residential real estate, please sign and return one copy of the attached Fair Lending Notice.**

| Applicant Signature | Date | Co-Applicant Signature | Date |
| --- | --- | --- | --- |
| *[signature]* | *12.21.17* | | |

*Please do not include any personal account information, including account numbers, personal identification numbers, and balance information in return emails to the Bank. Any information you submit to us over the Internet is by definition insecure and could be observed by a third party while in transit. If you wish to submit personal financial information or information you would like to keep private, it would be safer for you to send it to us in a more secure mode (mail, fax, overnight courier, etc.) If you have any questions about this issue please contact us at 310.286.0710.*

## CALIFORNIA FAIR LENDING NOTICE

## THE HOUSING FINANCIAL DISCRIMINATION ACT OF 1977

## FAIR LENDING NOTICE

It is illegal to discriminate in the provision of or in the availability of financial assistance because of the consideration of:

1.   Trends, characteristics or conditions in the neighborhood or geographic area surrounding a housing accommodation, unless the financial institution can demonstrate in the particular case that such consideration of these conditions in a particular case is required to avoid unsafe and unsound business practice; or

2.   Race, color, religion, sex, marital status, national origin or ancestry.

It is illegal to consider the racial, ethnic, religious or national origin composition of a neighborhood or geographic area surrounding a housing accommodation or whether or not such composition is undergoing change, or is expected to undergo change, in appraising a housing accommodation or in determining whether or not, or under what terms and conditions, to provide financial assistance.

These provisions govern financial assistance for the purpose of the purchase, construction, rehabilitation or refinancing of one-to-four-unit family residences occupied by the owner and for the purpose of the home improvement of any one-to-four-unit family residence.

If you have questions about your rights, or if you wish to file a complaint, contact the management of this financial institution or:

Department of Financial Institutions
300 South Spring Street
Suite 15513
Los Angeles, California 90013-1204

Department of Financial Institutions
45 Fremont Street
Suite 1700
San Francisco, California 94105-2219

**I/we acknowledge receipt of the Fair Lending Notice.***

| | | | |
|---|---|---|---|
| _Applicant_ | _Date_ 12·21·17 | Applicant | Date |
| Applicant | Date | Applicant | Date |

**\*The acknowledgment signature is required by regulation.**

 **OpusBank**

Financial Statement

Important Information About Procedures for Opening a New Account: To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means to you: When you open an account, we will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

## Borrower Information

| Please indicate | ✓ Borrower | Principal | Guarantor | Co-Borrower | Co-Principal | | Co-Guarantor | |
|---|---|---|---|---|---|---|---|---|
| Name Mary Carole McDonnell | | | | Name | | | | |
| E-mail Address mmrycarole@bellwment.cm | Phone Number P18 486 4650 | Fax Number | | E-mail Address | | Phone Number | Fax Number | |
| Social Security Number/Tax ID No. | Date of Birth 51 | | | Social Security Number/Tax ID No. | | Date of Birth | | |
| Driver's License No. 646875 | State of Issue AZ | AKA's | | Driver's License No. | State of Issue | AKA's | | |
| Street Address (no P.O. Boxes) | | | | Street Address (no P.O. Boxes) | | | | |
| City, State, ZIP Code Burbank | | Country USA | | City, State, ZIP Code | | Country | | |
| Employer Bellum ocbrue | | Length of Employment 2003 | | Employer | | Length of Employment | | |
| Type of Work: CEO | | | | Type of Work: | | | | |
| Marital Status ✓ Married   Unmarried   Separated | | | | Marital Status  Married   Unmarried   Separated | | | | |
| California registered domestic partner or its equivalent in another state ("RDP") | | | | California registered domestic partner or its equivalent in another state ("RDP") | | | | |

Any persons, whether married, unmarried, separated, or a RDP may apply for separate credit.

The following information (or on the attached financial statement) is a statement as of _____1/1/17_____ Date

☐ Our joint financial condition    ☐ My individual financial condition
of: ✓ Trust financial condition only
But Not Family Trust

If joint financial condition is presented, and the intent is for all parties to be jointly and severally obligated on the credit (i.e., joint borrowers or guarantors), please initial.

Borrower/Principal/Guarantor __Dam only__ Initials    Co-Borrower/Co-Principal/Co-Guarantor _____ Initials

The information provided in this Financial Statement and any supporting schedules ("Statement") is the most current financial information available concerning the Applicant or Co-Applicant and there have been no significant changes.

## General Information (Borrower, Co-Borrower, Principal, Co-Principal, Guarantor, Co-Guarantor)

| | If the information in this Statement applies to you and to your Co-Borrower, Principal and/or Co-Principal, or Guarantor and/or Co-Guarantor, each should answer the following questions. *If you answer "Yes" to any of the following questions, please provide an attachment with the explanation.* | Borrower/ Principal/ Guarantor | | Co-Borrower/ Co-Principal/ Co-Guarantor | |
|---|---|---|---|---|---|
| | | Yes | No | Yes | No |
| 1. | Are any assets pledged or debts secured except as shown | | ✓ | | |
| 2. | Are your assets primarily in the United States? | ✓ | | | |
| | If no, please provide the primary country of assets: | | | | |
| 3. | Have you obtained credit under any other names or with other individuals? | | ✓ | | |
| | If yes, please provide names and Social Security numbers: | | | | |
| 4. | Do you have any contingent liabilities that are not shown on your Statement as a guarantor, co-maker, or endorser of debt, or are you obligated under any leases that extend beyond one year? | | ✓ | | |
| 5. | Have you individually, as a principal, partner, beneficial owner, or guarantor declared bankruptcy or had an involuntary bankruptcy filed? | | ✓ | | |
| 6. | Are you a party to any material claims or lawsuits, or had a material judgment against you? | | ✓ | | |
| 7. | Are you a U.S. citizen? | ✓ | | | |
| | If no, are you a resident alien of the U.S.? | | | | |
| 8. | Are you a director, executive officer, or principal shareholder of any of the following: | | ✓ | | |
| | a. An insured bank or financial institution that makes commercial loans and accepts deposits? | | | | |
| | If yes, please provide name of institution: | | | | |
| | b. Opus Bank or any of its subsidiaries, affiliates, or parent? | | | | |
| | If yes, please provide name of subsidiary, affiliate or parent: | | | | |
| | c. Any company controlled by any of the above? | | | | |
| | If yes, please provide name of company: | | | | |
| 9. | Are you an examiner, assistant examiner or employee of an independent auditor who has the authority to examine or audit Opus Bank? | | ✓ | | |
| 10. | Are you delinquent on payment of any personal income taxes or real property taxes? | | ✓ | | |
| 11. | Are you currently, or have you ever been, subject to an IRS audit that has not been settled or a delinquent tax lien, or a payment arrangement with the IRS or a state taxing authority? | | ✓ | | |
| 12. | Have you ever defaulted on a loan (beyond any applicable cure period) in any obligation related to either repayment of debt or the collateral securing such debt, received modification of the terms of any loan? | | ✓ | | |
| 13. | Have you individually, as a principal, partner, beneficial owner, or guarantor, had property foreclosed upon or given title or deed in lieu thereof, or had debt forgiven? | | ✓ | | |
| 14. | Have you ever been convicted of a felony? | | ✓ | | |

# OpusBank

Financial Statement

| Name: | | | Social Security or Tax ID No.: | |
|---|---|---|---|---|
| **Assets** | | **Amount** | **Liabilities** | **Amount** |
| Cash in Opus Bank (Schedule 1) | | $ 1,60,000 | Accounts Payable | $ |
| Cash in Other Institutions | | $ 100,000 | Revolving Credit/Installment Credit | $ 100,000 |
| Cash Value of IRAs/Pension accounts/401Ks | | $ | Installment Contracts/Notes Payable to Others (Schedule 6) | $ — |
| Collectible Note and Mortgage Installments Due Within One Year (Schedule 2) | | $ N/A | Income Tax Payable | $ — |
| Marketable Securities (Schedule 3) | | $ 100,000 | Other Taxes Payable | $ — |
| Accounts Receivables Within One Year | | $ — | Loan on Life Insurance (Schedule 4) | $ 20,000 |
| Cash Surrender Value of Life Insurance (Schedule 4) | | $ 30,000 | Real Estate Debt from Schedule of Real Estate (Schedule 5) | $ 3,456,000 |
| Real Estate Owned (Schedule 5) | | $ | Other Liabilities: | $ |
| Personal Property (including autos, RVs, etc.) Luxury Auto | | $ 325,000 | | $ |
| Other Assets:  see attachment 1 | | $ 1,350,000 | | |
| | **Total Assets:** | $ 8,200,5,000 | **Total Liabilities** | $ 4,076,000 |
| | | | Total Net Worth (total assets less total liabilities) | $ 7,792,000 |

| **ANNUAL INCOME** N/A | | **ANNUAL EXPENDITURES** (See att.) | | **CONTINGENT LIABILITIES** | |
|---|---|---|---|---|---|
| Employment Income | $ | Property Taxes/Assessments | $ | Check here is "None"  None | $ |
| Commission | $ | Income & Other Taxes | $ | As Endorser | $ |
| Dividends | $ | Mortgage Payments & Interest | $ | As Guarantor (except on current LOC ) | |
| Interest | $ | Other Contract Payments | $ | On Damage Claims | $ |
| Net Rental Income | $ | Lease Payments | $ | For Taxes | $ |
| Alimony, child support or separate maintenance income need not be disclosed if the Borrower, Principal or Guarantor does not wish to have the income considered as a basis for repaying this loan. | $ | Insurance | $ | Other: | $ |
| | | Living Expense | $ | | |
| | | Alimony, Child Support/ Maintenance | $ | | |
| Other | $ | Other | $ | Other: | $ |
| **TOTAL INCOME** | $ | **TOTAL EXPENDITURES** | $ | **TOTAL CONTINGENT LIABILITIES** | $ |

### Schedule 1    Cash (Bank Accounts)

| Name and Address of Bank or Savings Institution | | Account No. | Account Balance |
|---|---|---|---|
| Comerica | | | $ 125,000 |
| Northern Trust | | | $ 150,000 approx |
| | | | $ |
| | | | $ |
| | | | $ |
| | | **Total** | $ |

### Schedule 2    Collectible Note and Mortgage Installments Due Within One Year

| Name of Debtor | Month/Year Acquired | Cost | Total Amount Due | Maturity Date MM/DD/YY | Payment Terms | Description of Security |
|---|---|---|---|---|---|---|
| N/A | | $ | $ | | | |
| | | $ | $ | | | |
| | | $ | $ | | | |
| | **Total** | $ | $ | | | |

### Schedule 3    Marketable Securities Owed

| No. of Shares or Bond Amount | Description (Name of Company/ Fund/Symbol) | Title in Name of | For Unlisted Securities | | Yearly Income | Present Market Value | % Owned |
|---|---|---|---|---|---|---|---|
| | | | Date Acquired | Cost | | | |
| | AT&T | McDonnell | | $ | $ | $ 15,000 | 100 |
| | Boeing | McDonnell | | $ | $ | $ 15,000 | 100 |
| | | | | $ | $ | $ | |
| | | | | $ | $ | $ | |
| | | | | $ | $ | $ | |
| | | | **Total** | $ | $ | | |

OpusBank

Schedule of Real Estate Owner

Instructions:

Please list all real estate properties which you have an ownership interest. Include properties with loans from Opus Bank*, or any other Lender, and properties that are owned free and clear.

Applicant:

| Property Street Address, City, State, Zip Code | Year Purchased | Purchase Price | Percent Owned | Property "Type" (A, R, I, R, O, M, L, CC, OR) | Number of Units or Net Rentable Square Ft. | Name of Lender | Current Loan Balance | Personally Liable (Recourse /Non Recourse) | Maturity Date (Mo/Yr) | Market Value (100%) | (1) Annual Rental Income Collected | (2) Annual Operating Expenses (include taxes & ins.) | (3) Annual Mortgage payment | Cash Flow (column 1 less columns 2 & 3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **Totals** | | | | | | | 0 | | | 0 | 0 | 0 | 0 | 0 |

* Property Type:  A - Apartment;  B - Single Family;  I - 1-4 Unit;  Industrial; M - Mobile Home Park;  L - Land; Retail;  O - Office;  OC - Other Commercial;  OR - Other Residential

The undersigned potential regulators probably borrows from lending firms more than a certain amount, to any one borrower. For purposes of these federal regulations, "one borrower" includes the Borrower itself along with any other person or entity that has a substantial relationship with the Borrower. The Borrower must list all loans made by Opus Bank (including affiliates, subsidiaries, and successor and predecessor entities) to the Borrower as well as all loans to any (i) person or entity directly or indirectly controlling, controlled by or under common control with the Borrower, (b) joint venture in which the Borrower is a principal, (c) organization, trust (excluding a business trust), or estate of which the Borrower is a beneficiary or trustee, (d) persons or entity from which the Borrower receives a stated benefit from the proceeds of such loans, (e) (ii) person or entity involved in a common enterprise involving the Borrower, where the expected source of repayment for such loans is the same for each borrower in the common enterprise.

The undersigned certify, under penalty of perjury that the information herein is true and correct as of _____

Signature: _____   Date _____

Mary Jind Mund wall    Date 1-16-18

Name and Title   CEO

1/2/2013
S&F (Remodel Statement)

Other Assets

McDonnell Bellum Holdings:  Current Valuation:  $80M.

Anticipated value next year:  $125M

(based on a multiple of 8).

Sunset and Vines (bar in Lake Las Vegas):        $100,000

Money in escrow for Palm Springs House:        $250,000

Other personal property such as Jewelry, artwork, antiques, etc:        $1M

Total:          $81,350,000  plus Family Trust funds (over $80M)

Real Estate Holdings,

1336 Sugar Loaf Drive
La Canada, CA 91011
Primary Residence
Value of Property: $4M
Note: $2.6
Second: $325,000
Equity: $1,075,000
Mortgage Holder: Chase Bank – First
Second: Bank of America
Monthly mortgage: $16,000


8349 Longneedle Drive
Montgomery, AL 36117
Second residence
Value of Property: $1.1M
Note: $500,000
Second: $10,000
Equity: $590,000
Mortgage Holder: Regions Bank
Monthly mortgage: $1100


Rental Properties


1225 Manning Avenue
Westwood, CA
Home Rental (own 50% in conjunction with Boyd McDonnell, nephew)
Note: $832,000
Second: $150,000
Value of property: $2.0M
Rental income averages $4500 per month
Equity: $1,018,000 ($509,000 our portion since 50% owner).
Note is held by Wells Fargo
Monthly mortgage: $4500 (I am responsible for half)


6556 Chaprice Lane
Montgomery, AL 36116
Note: $60,000
Note is in the name of Eddie Ousley, who I own the house with 50/50
Value of Property: $150,000
Loan: AHFA (Alabama Housing Finance Authority)
Equity: $90,000 ($45,000 our portion).

Monthly mortgage cost:  $585
Monthly rental amount:  $1000

INSURANCE INFORMATION

Mary Carole McDonnell

Alfa Insurance
Whole Life
$1M
Face Amount:  $1M
Cash available:  $10,000


Transamerica Life Insurance
Term
$2M
No policy loans and no cash surrender value


Berkshire Life Insurance
Whole Life
$500K
(originally in names of Sean Carroll and Mack Carroll, sons).
Beneficiary:  Sean Carroll / Mack Carroll
Cash available:  $20,000 total