**EXHIBIT 10**

# Buchalter

500 Capitol Mall, Suite 1900
Sacramento, CA 95814
916.945.5170 Phone

916.945.5188 Direct
rmcwhorter@buchalter.com

**VIA EMAIL (marycarole@bellument.com)
AND FEDERAL EXPRESS**

March 14, 2018

Mary Carole McDonnell

La Canada, CA

   **Re: Loan No: 30212 (the "Loan")**

Dear Ms. McDonnell:

   We represent Banc of California, National Association (the "Bank") regarding the Loan.

   **A. The Loan**

   On February 1, 2018, you, as maker, executed and delivered a Promissory Note, dated February 1, 2018, in the principal amount of $15,000,000.00 (the "Note") in favor of the Bank. To secure the Note, you executed and delivered a Pledge Agreement, dated February 1, 2018 (the "Pledge Agreement") to the Bank, granting the Bank a security interest in a deposit account with Northern Trust Securities, Inc. ("Northern Trust"), Account No. ▓▓▓▓7332 (the "Account"). You represented and warranted to the Bank that (i) the Account held a minimum balance of $28,624,549.20, as of February 1, 2018, (ii) you were the lawful owner of the Account, and all funds therein, free and clear of all security interests, liens, encumbrances, and claims of others, (iii) the Account is in full force and effect and the balance of $28,624,549.20, as of February 1, 2018, would be maintained until the Note was paid in full, and (iv) you furnished the Bank with truthful and accurate information and documentation in connection with the Loan.

   To secure the Note and to perfect the Bank's security interest under the Pledge Agreement, on January 31, 2018, the Bank, Northern Trust, and you executed a Bank Account Control Agreement (the "Control Agreement"). Northern Trust and you agreed that Northern Trust would

buchalter.com

Los Angeles
Napa Valley
Orange County
Sacramento
San Francisco
Scottsdale

Mary Carole McDonnell
March 14, 2018
Page 2

comply with all instructions from the Bank directing, disposing, transferring, or withdrawing the funds in the Account, without your consent, including, but not limited to, transferring the funds in the Account to the Bank upon an event of default under the Loan. On March 12, 2018, the Bank sent a written demand to Northern Trust to confirm the following four issues in writing by Tuesday, March 13, 2018 at 10:00 a.m. (P.T.) (the "Deadline"): (i) the current balance in the Account totals at least fifteen million dollars ($15,000,000), (ii) the Account is being held for the benefit of the Bank pursuant to the Control Agreement, (iii) you or any other third party has not, and may not, withdraw, transfer, spend, debit, remove or otherwise dispose of these funds without the Bank's prior written consent, and (iv) Northern Trust will comply with all instructions it receives from the Bank as provided under the Control Agreement. The Bank did not receive a satisfactory written confirmation from Northern Trust by the Deadline.

### B.    Event of Default

This letter hereby serves as formal notice that an Event of Default has occurred under the Note, the Pledge Agreement, the Control Agreement, and all other documents executed in connection with the Loan (collectively, the "Loan Documents"). This Event of Default is based upon material, uncurable defaults under, and breaches of, the Loan Documents, including, but not limited to the following:

1. You made or furnished to the Bank false and/or misleading representations, warranties, statements and documents, and/or such representations, warranties, statements and documents to the Bank became false and/or misleading after they were made or furnished to the Bank;

2. You failed to maintain $28,624,549.20 in the Account as required under the Loan Documents;

3. Upon information and belief, you are insolvent, unable to pay your debts in the ordinary course of business and/or your assets are less than your liabilities, thereby resulting in judgments or defaults on loans, extensions of credit, or other agreements with creditors that may materially affect your property or your ability to repay the Note or perform your obligations under the Loan Documents;

4. You failed to act in good faith and fairly with the Bank;

5. Upon information and belief, you used the Loan proceeds for prohibited business purposes under the Loan Documents, including, but not limited to, making payments for, or on behalf of Bellum Entertainment, LLC or its affiliated entities;

6. The Bank, in good faith, believes itself to be insecure; and

7. Other such defaults or breaches of the Loan Documents as may be discovered.

Based upon the Event of Default, the Bank hereby accelerates the Note and declares the entire

Mary Carole McDonnell
March 14, 2018
Page 3

unpaid principal balance of the Note and all accrued, unpaid interest immediately due and payable. Computed as of March 13, 2018, the total outstanding balance of the Loan is $14,660,255.09 (the "Outstanding Balance"), which includes $14,610,000.00 in outstanding principal, and $50,255.09 in accrued, but unpaid interest. Under the Loan Documents, you agreed that, upon an Event of Default, the Bank may directly take all funds held in a certain interest reserve deposit account, no. ▮▮▮▮7672 (the "Interest Reserve Account"), and apply them to the Outstanding Balance owed under the Note. As of today, the Interest Reserve Account totals $672,201.37, which the Bank will immediately apply towards the Outstanding Balance. After application of these funds, the total amount due under the Loan is **$ 13,988,053.72** (the "Total Amount Due"), as of today, excluding any reasonable fees and costs incurred as a result of your defaults under the Loan Documents, including, but not limited to, attorneys' fees and costs. Under the Loan Documents, interest currently accrues at a rate of 4.5% per year. The Bank hereby notifies you that based upon the Event of Default, the Bank will charge a default rate of interest of 9.5% per year as permitted under the Loan Documents.

The Bank hereby demands that you immediately pay the Total Amount Due to the Bank. If the Total Amount Due is not paid in full by **March 15, 2018 at 12:00 p.m.**, the Bank may, in its sole and exclusive discretion, exercise its rights and remedies under the Loan Documents. Please be advised that the Bank is also entitled to recover its attorneys' fees and costs incurred in the collection and/or enforcement of the Loan Documents. Wiring Instructions are as follows:

> Banc of California
> ABA# ▮▮▮▮4527
> Acct# ▮▮▮▮3510
> 3 MacArthur Place
> Santa Ana, California  92707
>
> Ref: Mary Carole McDonnell, Loan No: 30212
> Credit Account No: ▮▮▮▮3510

The Bank expressly reserves all of its rights and remedies under the Loan Documents. This letter shall not constitute a waiver or release of any defaults under the Loan Documents or of any rights that the Bank may have under the Loan Documents. No delay, failure, or discontinuance of the Bank in exercising any right, power or remedy under any of the Loan Documents will affect or operate as a waiver of such right, power, or remedy; nor will any single or partial exercise of any such right, power, or remedy preclude, waive, or otherwise affect any other or further exercise thereof or the exercise of any other right, power or remedy.

Mary Carole McDonnell
March 14, 2018
Page 4


      Please direct all future communications to me or to my co-counsel, Thomas J. Umberg from Umberg Zipser LLP, whose contact information is the following:

>Thomas J. Umberg
>Umberg Zipser
>1920 Main Street, Suite 750
>Irvine, California 92614
>Phone: 949-679-0052
>Email: tumberg@UmbergZipser.com

This matter demands your immediate attention.

                Respectfully,

                BUCHALTER, A Professional Corporation

                By /s/ Robert S. McWhorter
                     Robert S. McWhorter


cc:   Via Email (bkr@bkrlegal.com) and Federal Express to:
      Law Offices of Barry K. Rothman
      Attn: Barry K. Rothman
      1901 Avenue of the Stars, Ste. 370
      Los Angeles, California 90067
      Telephone number: 310-557-0062