Shannon M. Benbow (State Bar No. 229224)
sbenbow@wshblaw.com
Mikouya Sargizian (State Bar No. 285976)
msargizian@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
6A Liberty Street, Suite 200
Aliso Viejo, California 92656
Phone: 949-757-4500 ♦ Fax: 949-757-4550

Attorneys for Defendant, Merchants Bonding Company (Mutual)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

| | |
|---|---|
| BANC OF CALIFORNIA, NATIONAL ASSOCIATION, a national banking association,<br><br>Plaintiff,<br><br>v.<br><br>MARY CAROLE MCDONNELL. an individual; DION NORAVIAN, an individual; MERCHANTS BONDING COMPANY (MUTUAL); NORTHERN TRUST CORPORATION; MELVIN CLARK JR., an individual; and DOES 1 through 20. inclusive,<br><br>Defendants. | Case No. 8:18-cv-01194-SA<br><br>**DEFENDANT, MERCHANTS BONDING COMPANY'S AMENDED ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>The Hon. Andrew J. Guilford]<br><br>Trial Date:        None Set |

COMES NOW, defendant, MERCHANTS BONDING COMPANY (MUTUAL) ("defendant"), and submits the following Amended Answer to the Complaint of plaintiff, BANC OF CALIFORNIA, NATIONAL ASSOCIATION ("plaintiff").

## I.    INTRODUCTION

1.    In response to paragraph 1 of the Complaint, defendant is without sufficient information to admit or deny the allegations contained therein, and on that

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949-757-4500 ♦ FAX 949-757-4550

basis denies all allegations contained therein.

2.     In response to paragraph 2 of the Complaint, defendant is without sufficient information to admit or deny the allegations contained therein, and on that basis denies all allegations contained therein.

3.     In response to paragraph 3 of the Complaint, defendant is without sufficient information to admit or deny the allegations contained therein, and on that basis denies all allegations contained therein.

## II.     JURISDICTION AND VENUE

4.     In response to paragraph 4 of the Complaint, defendant is without sufficient information to admit or deny the allegations contained therein, and on that basis denies all allegations contained therein. However, defendant further states that based on the allegations of the Complaint, it appears that the Court has subject matter and supplemental jurisdiction over this action.

5.     In response to paragraph 5 of the Complaint, defendant is without sufficient information to admit or deny the allegations contained therein, and on that basis denies all allegations contained therein.

## III.     PARTIES

6.     In response to paragraph 6 of the Complaint, defendant is without sufficient information to admit or deny the allegations contained therein, and on that basis denies all allegations contained therein.

7.     In response to paragraph 7 of the Complaint, defendant is without sufficient information to admit or deny the allegations contained therein, and on that basis denies all allegations contained therein.

8.     In response to paragraph 8 of the Complaint, defendant is without sufficient information to admit or deny the allegations contained therein, and on that basis denies all allegations contained therein.

9.     In response to paragraph 9 of the Complaint, defendant admits the allegations contained therein, except that defendant does not admit to the date on

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949-757-4500 • FAX 949-757-4550

1  which it executed a Notary Public Bond for and on behalf of defendant Noravian in
2  the penal sum of $15,000.  Defendant states that the surety bond was issued for the
3  period November 26, 2017, through November 25, 2021.

4      10.    In response to paragraph 10 of the Complaint, defendant is without
5  sufficient information to admit or deny the allegations contained therein, and on that
6  basis denies all allegations contained therein.

7      11.    In response to paragraph 11 of the Complaint, defendant is without
8  sufficient information to admit or deny the allegations contained therein, and on that
9  basis denies all allegations contained therein.

10     12.    In response to paragraph 12 of the Complaint, defendant is without
11 sufficient information to admit or deny the allegations contained therein, and on that
12 basis denies all allegations contained therein.

13     13.    In response to paragraph 13 of the Complaint, defendant denies the
14 allegations contained therein as they relate to this defendant and is without sufficient
15 information to admit or deny the allegations contained therein as they relate to any
16 other defendant, and on that basis denies all allegations contained therein.

17 ## IV.    FACTUAL ALLEGATIONS

18 ### The Loan Application

19     14.    In response to paragraph 14 of the Complaint, defendant is without
20 sufficient information to admit or deny the allegations contained therein, and on that
21 basis denies all allegations contained therein.

22     15.    In response to paragraph 15 of the Complaint, defendant is without
23 sufficient information to admit or deny the allegations contained therein, and on that
24 basis denies all allegations contained therein.

25     16.    In response to paragraph 16 of the Complaint, defendant is without
26 sufficient information to admit or deny the allegations contained therein, and on that
27 basis denies all allegations contained therein.

28 / / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949-757-4500 ♦ FAX 949-757-4550

17.    In response to paragraph 17 of the Complaint, defendant is without sufficient information to admit or deny the allegations contained therein, and on that basis denies all allegations contained therein.

18.    In response to paragraph 18 of the Complaint, defendant is without sufficient information to admit or deny the allegations contained therein, and on that basis denies all allegations contained therein.

19.    In response to paragraph 19 of the Complaint, defendant is without sufficient information to admit or deny the allegations contained therein, and on that basis denies all allegations contained therein.

20.    In response to paragraph 20 of the Complaint, defendant is without sufficient information to admit or deny the allegations contained therein, and on that basis denies all allegations contained therein.

21.    In response to paragraph 21 of the Complaint, defendant is without sufficient information to admit or deny the allegations contained therein, and on that basis denies all allegations contained therein.

22.    In response to paragraph 22 of the Complaint, defendant is without sufficient information to admit or deny the allegations contained therein, and on that basis denies all allegations contained therein.

23.    In response to paragraph 23 of the Complaint, defendant is without sufficient information to admit or deny the allegations contained therein, and on that basis denies all allegations contained therein.

24.    In response to paragraph 24 of the Complaint, defendant is without sufficient information to admit or deny the allegations contained therein, and on that basis denies all allegations contained therein.

25.    In response to paragraph 25 of the Complaint, defendant is without sufficient information to admit or deny the allegations contained therein, and on that basis denies all allegations contained therein.

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949-757-4500 ♦ FAX 949-757-4550

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949-757-4500 ♦ FAX 949-757-4550

26.    In response to paragraph 26 of the Complaint, defendant is without sufficient information to admit or deny the allegations contained therein, and on that basis denies all allegations contained therein.

27.    In response to paragraph 27 of the Complaint, defendant is without sufficient information to admit or deny the allegations contained therein, and on that basis denies all allegations contained therein.

28.    In response to paragraph 28 of the Complaint, defendant is without sufficient information to admit or deny the allegations contained therein, and on that basis denies all allegations contained therein.

29.    In response to paragraph 29 of the Complaint, defendant is without sufficient information to admit or deny the allegations contained therein, and on that basis denies all allegations contained therein.

30.    In response to paragraph 30 of the Complaint, defendant is without sufficient information to admit or deny the allegations contained therein, and on that basis denies all allegations contained therein.

31.    In response to paragraph 31 of the Complaint, defendant is without sufficient information to admit or deny the allegations contained therein, and on that basis denies all allegations contained therein.

32.    In response to paragraph 32 of the Complaint, defendant is without sufficient information to admit or deny the allegations contained therein, and on that basis denies all allegations contained therein.

## False Representations

33.    In response to paragraph 33 of the Complaint, defendant is without sufficient information to admit or deny the allegations contained therein, and on that basis denies all allegations contained therein.

34.    In response to paragraph 34 of the Complaint, defendant is without sufficient information to admit or deny the allegations contained therein, and on that basis denies all allegations contained therein.

35.    In response to paragraph 35 of the Complaint, defendant is without sufficient information to admit or deny the allegations contained therein, and on that basis denies all allegations contained therein.

36.    In response to paragraph 36 of the Complaint, defendant is without sufficient information to admit or deny the allegations contained therein, and on that basis denies all allegations contained therein.

37.    In response to paragraph 37 of the Complaint, defendant is without sufficient information to admit or deny the allegations contained therein, and on that basis denies all allegations contained therein.

## V.    FIRST CLAIM FOR RELIEF

### (Against all Defendants for Intentional Misrepresentation/Fraud)

38.    In response to paragraph 38 of the Complaint, defendant repeats and restates its responses to paragraphs 1 through 37, inclusive, as though fully set forth herein.

39.    In response to paragraph 39 of the Complaint, defendant denies the allegations contained therein as they relate to this defendant and is without sufficient information to admit or deny the allegations contained therein as they relate to any other defendant, and on that basis denies all allegations contained therein.

40.    In response to paragraph 40 of the Complaint, defendant denies the allegations contained therein as they relate to this defendant and is without sufficient information to admit or deny the allegations contained therein as they relate to any other defendant, and on that basis denies all allegations contained therein.

## VI.    SECOND CLAIM FOR RELIEF

### (Against Defendants and DOES 1 through 10 for Conspiracy to Defraud)

41.    In response to paragraph 41 of the Complaint, defendant repeats and restates its responses to paragraphs 1 through 37, inclusive, as though fully set forth herein.

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949-757-4500 ♦ FAX 949-757-4550

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949-757-4550 • FAX 949-757-4550

42. In response to paragraph 42 of the Complaint, defendant denies the allegations contained therein as they relate to this defendant and is without sufficient information to admit or deny the allegations contained therein as they relate to any other defendant, and on that basis denies all allegations contained therein.

43. In response to paragraph 43 of the Complaint, defendant denies the allegations contained therein as they relate to this defendant and is without sufficient information to admit or deny the allegations contained therein as they relate to any other defendant, and on that basis denies all allegations contained therein.

44. In response to paragraph 44 of the Complaint, defendant denies the allegations contained therein as they relate to this defendant and is without sufficient information to admit or deny the allegations contained therein as they relate to any other defendant, and on that basis denies all allegations contained therein.

## VII.   THIRD CLAIM FOR RELIEF

### (Against Mel Clark for False Bank Entries

### [18 U.S.C. Section 1005, 12 U.S.C. Section 503])

45. In response to paragraph 45 of the Complaint, defendant repeats and restates its responses to paragraphs 1 through 37, inclusive, as though fully set forth herein.

46. In response to paragraph 46 of the Complaint, this claim for relief is not asserted against this defendant, and a response to this paragraph is therefore not necessary.

47. In response to paragraph 47 of the Complaint, this claim for relief is not asserted against this defendant, and a response to this paragraph is therefore not necessary.

48. In response to paragraph 48 of the Complaint, this claim for relief is not asserted against this defendant, and a response to this paragraph is therefore not necessary.

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949-757-4500 • FAX 949-757-4550

## VIII.  FOURTH CLAIM FOR RELIEF

### (Against Mel Clark and Northern Trust for Violation of the Computer Fraud And Abuse Act [18 U.S.C. Sections 1030(a)(2), 1030(a)(4), 1030(g)])

49.    In response to paragraph 49 of the Complaint, defendant repeats and restates its responses to paragraphs 1 through 37, inclusive, as though fully set forth herein.

50.    In response to paragraph 50 of the Complaint, this claim for relief is not asserted against this defendant, and a response to this paragraph is therefore not necessary.

51.    In response to paragraph 51 of the Complaint, this claim for relief is not asserted against this defendant, and a response to this paragraph is therefore not necessary.

52.    In response to paragraph 52 of the Complaint, this claim for relief is not asserted against this defendant, and a response to this paragraph is therefore not necessary.

53.    In response to paragraph 53 of the Complaint, this claim for relief is not asserted against this defendant, and a response to this paragraph is therefore not necessary.

54.    In response to paragraph 54 of the Complaint, this claim for relief is not asserted against this defendant, and a response to this paragraph is therefore not necessary.

## IX.    FIFTH CLAIM FOR RELIEF

### (Against Northern Trust and Mel Clark for Negligence)

55.    In response to paragraph 55 of the Complaint, defendant repeats and restates its responses to paragraphs 1 through 37, inclusive, as though fully set forth herein.

/ / /

/ / /

1     56.     In response to paragraph 56 of the Complaint, this claim for relief is not

2 asserted against this defendant, and a response to this paragraph is therefore not

3 necessary.

4     57.     In response to paragraph 57 of the Complaint, this claim for relief is not

5 asserted against this defendant, and a response to this paragraph is therefore not

6 necessary.

7     58.     In response to paragraph 58 of the Complaint, this claim for relief is not

8 asserted against this defendant, and a response to this paragraph is therefore not

9 necessary.

10     59.     In response to paragraph 59 of the Complaint, this claim for relief is not

11 asserted against this defendant, and a response to this paragraph is therefore not

12 necessary.

13     60.     In response to paragraph 60 of the Complaint, this claim for relief is not

14 asserted against this defendant, and a response to this paragraph is therefore not

15 necessary.

16            **X.     SIXTH CLAIM FOR RELIEF**

17         **(Against McDonnell for Breach of Contract)**

18     61.     In response to paragraph 61 of the Complaint, defendant repeats and

19 restates its responses to paragraphs 1 through 37, inclusive, as though fully set forth

20 herein.

21     62.     In response to paragraph 62 of the Complaint, this claim for relief is not

22 asserted against this defendant, and a response to this paragraph is therefore not

23 necessary.

24     63.     In response to paragraph 63 of the Complaint, this claim for relief is not

25 asserted against this defendant, and a response to this paragraph is therefore not

26 necessary.

27 / / /

28 / / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949-757-4500 ♦ FAX 949-757-4550

1     64.     In response to paragraph 64 of the Complaint, this claim for relief is not

2   asserted against this defendant, and a response to this paragraph is therefore not

3   necessary.

4     65.     In response to paragraph 65 of the Complaint, this claim for relief is not

5   asserted against this defendant, and a response to this paragraph is therefore not

6   necessary.

7     66.     In response to paragraph 66 of the Complaint, this claim for relief is not

8   asserted against this defendant, and a response to this paragraph is therefore not

9   necessary.

10     67.     In response to paragraph 67 of the Complaint, this claim for relief is not

11   asserted against this defendant, and a response to this paragraph is therefore not

12   necessary.

13               **XI.     SEVENTH CLAIM FOR RELIEF**

14         **(Against Noravian for Negligent Misrepresentation)**

15     68.     In response to paragraph 68 of the Complaint, defendant repeats and

16   restates its responses to paragraphs 1 through 37, inclusive, as though fully set forth

17   herein.

18     69.     In response to paragraph 69 of the Complaint, this claim for relief is not

19   asserted against this defendant, and a response to this paragraph is therefore not

20   necessary.  To the extent plaintiff seeks an award of liability against this defendant

21   on the basis of this defendant's issuance of a surety bond, defendant is without

22   sufficient information to admit or deny the allegations contained therein, and on that

23   basis denies all allegations contained therein.

24     70.     In response to paragraph 70 of the Complaint, this claim for relief is not

25   asserted against this defendant, and a response to this paragraph is therefore not

26   necessary.  To the extent plaintiff seeks an award of liability against this defendant

27   on the basis of this defendant's issuance of a surety bond, defendant is without

28   / / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
6A LIBERTY STREET , SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949-757-4500 ● FAX 949-757-4550

1  sufficient information to admit or deny the allegations contained therein, and on that

2  basis denies all allegations contained therein.

3      71.    In response to paragraph 71 of the Complaint, this claim for relief is not

4  asserted against this defendant, and a response to this paragraph is therefore not

5  necessary. To the extent plaintiff seeks an award of liability against this defendant

6  on the basis of this defendant's issuance of a surety bond, defendant is without

7  sufficient information to admit or deny the allegations contained therein, and on that

8  basis denies all allegations contained therein.

9      72.    In response to paragraph 72 of the Complaint, this claim for relief is not

10  asserted against this defendant, and a response to this paragraph is therefore not

11  necessary. To the extent plaintiff seeks an award of liability against this defendant

12  on the basis of this defendant's issuance of a surety bond, defendant is without

13  sufficient information to admit or deny the allegations contained therein, and on that

14  basis denies all allegations contained therein.

15      73.    In response to paragraph 73 of the Complaint, this claim for relief is not

16  asserted against this defendant, and a response to this paragraph is therefore not

17  necessary. To the extent plaintiff seeks an award of liability against this defendant

18  on the basis of this defendant's issuance of a surety bond, defendant is without

19  sufficient information to admit or deny the allegations contained therein, and on that

20  basis denies all allegations contained therein.

21      74.    In response to paragraph 74 of the Complaint, this claim for relief is not

22  asserted against this defendant, and a response to this paragraph is therefore not

23  necessary. To the extent plaintiff seeks an award of liability against this defendant

24  on the basis of this defendant's issuance of a surety bond, defendant is without

25  sufficient information to admit or deny the allegations contained therein, and on that

26  basis denies all allegations contained therein.

27  / / /

28  / / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
8A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949-757-4500 ♦ FAX 949-757-4550

## XII.   EIGHTH CLAIM FOR RELIEF

### (Against McDonnell for Money Had and Received)

75.    In response to paragraph 75 of the Complaint, defendant repeats and restates its responses to paragraphs 1 through 37, inclusive, as though fully set forth herein.

76.    In response to paragraph 76 of the Complaint, this claim for relief is not asserted against this defendant, and a response to this paragraph is therefore not necessary.

77.    In response to paragraph 77 of the Complaint, this claim for relief is not asserted against this defendant, and a response to this paragraph is therefore not necessary.

78.    In response to paragraph 78 of the Complaint, this claim for relief is not asserted against this defendant, and a response to this paragraph is therefore not necessary.

## XIII.  NINTH CLAIM FOR RELIEF

### (Against McDonnell for Account Stated)

79.    In response to paragraph 79 of the Complaint, defendant repeats and restates its responses to paragraphs 1 through 37, inclusive, as though fully set forth herein.

80.    In response to paragraph 80 of the Complaint, this claim for relief is not asserted against this defendant, and a response to this paragraph is therefore not necessary.

81.    In response to paragraph 81 of the Complaint, this claim for relief is not asserted against this defendant, and a response to this paragraph is therefore not necessary.

82.    In response to paragraph 82 of the Complaint, this claim for relief is not asserted against this defendant, and a response to this paragraph is therefore not necessary.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949-757-4500 ♦ FAX 949-757-4550

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
5A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949-757-4500 • FAX 949-757-4550

## XIV.  TENTH CLAIM FOR RELIEF

### (Against McDonnell for Open Book Account)

83.    In response to paragraph 83 of the Complaint, defendant repeats and restates its responses to paragraphs 1 through 37, inclusive, as though fully set forth herein.

84.    In response to paragraph 84 of the Complaint, this claim for relief is not asserted against this defendant, and a response to this paragraph is therefore not necessary.

85.    In response to paragraph 85 of the Complaint, this claim for relief is not asserted against this defendant, and a response to this paragraph is therefore not necessary.

86.    In response to paragraph 86 of the Complaint, this claim for relief is not asserted against this defendant, and a response to this paragraph is therefore not necessary.

## XV.  ELEVENTH CLAIM FOR RELIEF

### (Against McDonnell for Appointment of Receiver)

87.    In response to paragraph 87 of the Complaint, defendant repeats and restates its responses to paragraphs 1 through 37, inclusive, as though fully set forth herein.

88.    In response to paragraph 88 of the Complaint, this claim for relief is not asserted against this defendant, and a response to this paragraph is therefore not necessary.

89.    In response to paragraph 89 of the Complaint, this claim for relief is not asserted against this defendant, and a response to this paragraph is therefore not necessary.

90.    In response to paragraph 90 of the Complaint, this claim for relief is not asserted against this defendant, and a response to this paragraph is therefore not necessary.

91.    In response to paragraph 91 of the Complaint, this claim for relief is not asserted against this defendant, and a response to this paragraph is therefore not necessary.

## XVI.  AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

92.    Plaintiff lacks standing to bring this action or obtain the relief sought by way of its Complaint.

### SECOND AFFIRMATIVE DEFENSE

93.    The Complaint, and each purported cause of action alleged therein, fails to state facts sufficient to constitute a cause of action against this Defendant.

### THIRD AFFIRMATIVE DEFENSE

94.    The Complaint, and each cause of action therein is barred by the applicable statute of limitations, including but not limited to, California Code of Civil Procedure §§ 335, 335.1, 337, 337.15, 338, 338.1, 339, 340, 340.8, and 343.

### FOURTH AFFIRMATIVE DEFENSE

95.    At all times mentioned in the Complaint, the damages alleged therein were either wholly or in part proximately caused by the negligence of persons, firms, corporations, or entities other than this answering Defendant, and the negligence of such other persons, firms, corporations, and/or entities comparatively reduces the percentage of negligence, if any, attributed to said Defendant.

### FIFTH AFFIRMATIVE DEFENSE

96.    At all times mentioned in the Complaint, this answering Defendant performed all obligations required by law, and plaintiff is thus precluded from recovery against this answering Defendant.

### SIXTH AFFIRMATIVE DEFENSE

97.    Plaintiff failed to give reasonable, adequate and timely notice of the alleged claims against this answering Defendant.  Such unreasonable delay has

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
5A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949-757-4500 ♦ FAX 949-757-4550

prejudiced the rights of Defendant, and therefore, the Complaint is barred by the doctrine of laches.

## SEVENTH AFFIRMATIVE DEFENSE

98.     Plaintiff is barred and precluded from any recovery in this action by reason of its own failure to promptly and reasonably mitigate its damages, if any.

## EIGHTH AFFIRMATIVE DEFENSE

99.     Plaintiff is barred by the doctrine of waiver.

## NINTH AFFIRMATIVE DEFENSE

100.   Plaintiff was negligent, careless, reckless and unlawfully conducted itself so as to directly and proximately contribute to the happening of the incident and the occurrence of the alleged damages.  Said negligence bars either completely or partially the recovery sought by Plaintiff.

## TENTH AFFIRMATIVE DEFENSE

101.   Plaintiff engaged in conduct and activities with respect to the subject of this Complaint, by reason of said activities and conduct is estopped from asserting any claims for damages or seeking any other relief against Defendant.

## ELEVENTH AFFIRMATIVE DEFENSE

102.   Plaintiff engaged in conduct and activities sufficient to constitute a waiver of any alleged breach of duty, negligence, act, omission, or any other conduct, if any, as set forth in the Complaint.

## TWELFTH AFFIRMATIVE DEFENSE

103.   Plaintiff is barred by the equitable doctrine of unclean hands from obtaining the relief requested in the Complaint.

## THIRTEENTH AFFIRMATIVE DEFENSE

104.   The Complaint and each alleged claim asserted therein is vague, ambiguous and uncertain.

/ / /

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
5A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949-757-4500 ♦ FAX 949-757-4550

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949-757-4500 ● FAX 949-757-4550

### FOURTEENTH AFFIRMATIVE DEFENSE

105.   Any recovery on the Complaint, and each purported cause of action contained therein is barred on the ground that if Plaintiff or other person required to be joined in this action suffered or incurred any obligation or liability for any loss, damage or injury as alleged in the Complaint, which obligation or liability Defendant expressly denies, such liability or obligation for such loss, damage or injury was proximately caused and contributed to by Plaintiff's negligent or willful acts or omissions, or the negligent or willful acts or omissions of a person required to be joined in this action, and any recovery against Defendant must be diminished to the extent that any damages were proximately caused by Plaintiff's or such other person's own negligence.

### FIFTEENTH AFFIRMATIVE DEFENSE

106.   Any recovery on the Complaint and each purported cause of action contained therein is barred on the ground that if Plaintiff or other persons required to be joined in this action suffered or incurred any obligation or liability for any loss, damage or injury as alleged in the Complaint, which obligation or liability Defendant expressly denies, such liability or obligation for such loss, damage or injury are barred on the grounds that Plaintiff knew, or in the excessive of ordinary care, should have known of the risk of the injuries or damages alleged in the Complaint, if any, and nevertheless did freely and voluntarily assume said undertaking proximately causing and contributing to the loss, injuries, or damages, if any.

### SIXTEENTH AFFIRMATIVE DEFENSE

107.   The Complaint and the separate causes of action are barred under the doctrines of collateral estoppel or res judicata or both.

/ / /

/ / /

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949-757-4500 ♦ FAX 949-757-4550

## SEVENTEENTH AFFIRMATIVE DEFENSE

108.   Plaintiff's claims, if any, are the result of the acts, omissions and conduct of third parties or independent intervening or superseding causes, which are not the responsibility of Defendant.

## EIGHTEENTH AFFIRMATIVE DEFENSE

109.   Plaintiff consented to each of the acts alleged in the Complaint and any recovery therefore is barred.

## NINETEENTH AFFIRMATIVE DEFENSE

110.   The events of which Plaintiff complains do not arise from circumstance reasonably foreseeable to Defendant and are not within its reasonable ability to control.

## TWENTIETH AFFIRMATIVE DEFENSE

111.   The Complaint and each alleged claim asserted therein is vague, ambiguous and uncertain.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

112.   If Defendant is found in some manner responsible to Plaintiff for the matters alleged in the Complaint, any such injuries, damages, penalties or other costs were proximately caused and contributed to by the negligence, fault, acts or omissions of other individuals or entities for whose conduct Defendant is not responsible.  By reason of the foregoing, Defendant requests a court declaration of its rights to be indemnified and held harmless by such persons or entities.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

113.   Defendant denies that any acts or omissions on the part of itself or its principle actually and/or proximately caused or contributed in any manner to any losses or damages for which Plaintiff seeks recovery.

/ / /

/ / /

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949-757-4500 ♦ FAX 949-757-4550

### TWENTY-THIRD AFFIRMATIVE DEFENSE

114.   Defendant denies that any acts or omissions on the part of itself or its principle were a substantial factor in bringing about the injuries and damages for which plaintiff seeks recovery.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

115.   Payment of money to Plaintiff for the alleged violations which are the subject of the Complaint would constitute unjust enrichment.

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

116.   Defendant hereby adopts and incorporates by this reference any and all affirmative defenses asserted or to be asserted by any other defendants in this proceeding to the extent that such affirmative defenses apply.

### TWENTY-SIXTH AFFIRMATIVE DEFENSE

117.   At all times relevant, Defendant acted with due care and in accordance with all statutory and regulatory requirements.

### TWENTY-SEVENTH AFFIRMATIVE DEFENSE

118.   If Defendant is responsible in any respect for any injuries or damages suffered by Plaintiff, which Defendant expressly denies, such injuries or damages have been caused by or contributed to by others, and Defendant's proportional fault, if any, should be reduced to the extent thereof, in particular for non-economic damages.

### TWENTY-EIGHTH AFFIRMATIVE DEFENSE

119.   The damages alleged in the Complaint are impermissibly remote and speculative, and, therefore, Plaintiff is barred from the recovery of any such damages against Defendant in the within action.

### TWENTY-NINTH AFFIRMATIVE DEFENSE

120.   At all relevant times, Defendant acted in accordance with all federal, state and local laws.  Retroactive application of statutes, regulations, and/or case law to Defendant's alleged conduct violates the due process and equal protection clauses

of the California Constitution and the Fifth and Fourteenth Amendments of the United States Constitution.

### THIRTIETH AFFIRMATIVE DEFENSE

121. As discovery progresses, other defenses may become apparent or available. Defendant reserves the right to assert other defenses as they become apparent or available and to amend this answer accordingly. No defense is being knowingly or intentionally waived.

**WHEREFORE**, this answering Defendant prays as follows:

1. That Plaintiff take nothing by way of its Complaint;

2. That this answering Defendant be awarded attorneys' fees and costs of suit herein;

3. That if liability is assessed upon this answering Defendant, the liability attributed to this Defendant be limited in direct proportion to the percentage of fault actually attributable to them; and,

4. For such other and further relief as the Court deems just and proper.

DATED: August 16, 2018                WOOD, SMITH, HENNING & BERMAN LLP

By: _____
SHANNON M. BENBOW
MIKOUYA SARGIZIAN
Attorneys for Defendant, Merchants Bonding
Company (Mutual)

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949-757-4500 • FAX 949-757-4550

## **DEMAND FOR JURY TRIAL**

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant, MERCHANTS BONDING COMPANY (MUTUAL), hereby demands a Trial by Jury.

DATED:  August 16, 2018          WOOD, SMITH, HENNING & BERMAN LLP

By: _____
SHANNON M. BENBOW
MIKOUYA SARGIZIAN
Attorneys for Defendant, Merchants Bonding
Company (Mutual)

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949-757-4500 ♦ FAX 949-757-4550

## PROOF OF SERVICE

I am employed in the County of King, State of Washington. I am over the age of eighteen years and not a party to the within action. My business address is 520 Pike Street, Suite 1525, Seattle, WA 98101-4001.

On August 16, 2018, I served the following document(s) described as **DEFENDANT, MERCHANTS BONDING COMPANY'S AMENDED ANSWER TO PLAINTIFF'S COMPLAINT** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 16, 2018, at Seattle, Washington.

Michelle A. Davidson

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
5A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949-757-4500 ♦ FAX 949-757-4550

1

2

3 Thomas Umberg
  tumberg@umbergzipser.com
4 Dean J. Zipser
  dzipser@umbergzipser.com
5 Carole E. Reagan
  creagan@umbergzipser.com
6 Umberg Zipser LLP
  1920 Main Street, Suite 750
7 Irvine. CA 92614

8 Eric Y. Hahn
  eric@geragos.com
9 Marcus A. Petoyan
  marcus@geragos.com
10 Benjamin Jared Meiselas
   meiselas@geragos.com
11 Geragos and Geragos APC
   Historic Engine Co. No. 28
12 644 South Figueroa Street
   Los Angeles. CA 90017

Jacqueline N. Vu
jvu@buchalter.com
Robert S. McWhorter
mcwhorter@buchalter.com
Buchalter APC
500 Capitol Mall, Suite 1900
Sacramento, CA 95814

Jennifer M. Resnik
jresnik@cohen-williams.com
Marc S. Williams
mwilliams@cohen-williams.com
Cohen Williams LLP
724 South Spring Street
9th Floor
Los Angeles, CA 90014

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
6A LIBERTY STREET, SUITE 200
ALISO VIEJO, CALIFORNIA 92656
TELEPHONE 949-757-4500 ♦ FAX 949-757-4550