# EXHIBIT 4

BARRY K. ROTHMAN
GORDON J. ZUIDERWEG
MARTIN J. KOTOWSKI
LAWRENCE M. BOESCH
ALAN E. WALCHER

LAW OFFICES OF
BARRY K. ROTHMAN
1901 AVENUE OF THE STARS
SUITE 370
LOS ANGELES, CALIFORNIA 90067

TELEPHONE: (310) 557-0062
TELECOPIER: (310) 557-9080
E-MAIL: BKR@BKRLEGAL.COM
WWW.BKRLEGAL.COM

OF COUNSEL
FREDERIC R. BRANDFON

January 10, 2018

**VIA E-MAIL**
bryan.hamilton@bancofcal.com

Bryan Hamilton

**Re: Bellum / Banc of California**

Dear Bryan:

In respect to the contemplated settlement regarding The McDonnell Family Irrevocable Trust of 1964, please be advised as follows:

All monies in The McDonnell Family Irrevocable Trust held at Northern Trust Company in the approximate amount of $80 million will be closed as of December 31, 2018, and as a result, all distributions must be made before December 31, 2018.

Mary Carole McDonnell will receive from The McDonnell Family Irrevocable Trust the approximate amount of $80 million after tax by December 31, 2018.

Ms. McDonnell has the option to take distribution of approximately $80 million starting February 2018 as a monthly allocation or she can choose to take it quarterly starting March 2018. She will most probably take the distribution monthly.

By December 31, 2018, Ms. McDonnell needs to have taken her full distribution of approximately $80 million after taxes, less any undisputed liens against the Trust, as the Trust is closing on December 31, 2018.

Please be so advised. If you require any additional information, please communicate with me at once.

Very truly yours,

LAW OFFICES OF BARRY K. ROTHMAN

Barry K. Rothman

BKR/cf
cc: Mary Carole McDonnell (via email)

011018.Bellum.wpd