# EXHIBIT 5

The Northern Trust Company
201 South Lake Avenue, Suite 600
Pasadena, California 91101
626-583-5600

NORTHERN TRUST

January 10, 2018

Ms. Mary Carole McDonnell
1336 Sugar Loaf Drive
La Canada, CA. 91011

Dear Mary Carole:

Per your request we are changing the name on the Northern Trust statements to The Mary Carole McDonnell Trust. We are dropping the title "McDonnell Family Irrevocable Trust of 1964."

We are able to do this because your parent's trust is closing this year, and you are a primary beneficiary. Your brother is the only other beneficiary but he has no ownership of this account. You will have a revised January statement by 1/20/18. If questions, please call me.

Sincerely,

Mel Clark
Senior Vice President and Managing Director

The Northern Trust Company
201 South Lake Avenue, Suite 600
Pasadena, California 91101
626-[illegible]-5600

NORTHERN
TRUST

January 18, 2018

Ms. Mary Carole McDonnell
1336 Sugar Loaf Drive
La Canada, CA. 91011

Dear Mary Carole:

Per your request, we are changing the name on the Northern Trust statement to Mary Carole McDonnell. You previously changed it to the Mary Carole McDonnell Trust solely, but now we are changing it to your personal name only, without the Trust designation.

This will be effective immediately and will be reflected on the January statement.

Sincerely,

Mel Clark
Senior Vice President and Managing Director