# EXHIBIT 7

The Northern Trust Company
201 South Lake Avenue, Suite 600
Pasadena, California 91101
626-583-5600

NORTHERN TRUST

February 1, 2018

Bryan Hamilton
VP Relationship Manager/Commercial Banking
Banc of Calfornia
601 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017

Dear Mr. Hamilton,

Let me preface this by saying that there is to be no further verbal communication with Northern Trust from you or your team. All is to be in writing, which is protocol.

Yes, the account is cash secured at all times. The block is already on the account.

If Banc of California calls the loan at any time in the event of a default, we will immediately tender funds.

Sincerely,

Mel Clark
Senior Vice President and Managing Director