UMBERG ZIPSER LLP
THOMAS J. UMBERG (SBN 94345)
tumberg@umbergzipser.com
DEAN J. ZIPSER (SBN 94680)
dzipser@umbergzipser.com
CAROLE E. REAGAN (SBN 162674)
creagan@umbergzipser.com
1920 Main Street, Suite 750
Irvine, CA  92614
Telephone: (949) 679-0052

BUCHALTER
A Professional Corporation
ROBERT S. MCWHORTER (SBN 226186)
JACQUELINE N. VU (SBN 287011)
500 Capitol Mall, Suite 1900
Sacramento, CA  95814
Telephone: (916) 945-5170
Email: rmcwhorter@buchalter.com
        jvu@buchalter.com

Attorneys for Plaintiff,
BANC OF CALIFORNIA,
NATIONAL ASSOCIATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| BANC OF CALIFORNIA, NATIONAL ASSOCIATION, a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>MARY CAROLE MCDONNELL, an individual; DION NORAVIAN, an individual; MERCHANTS BONDING COMPANY (MUTUAL);  NORTHERN TRUST CORPORATION; MELVIN CLARK JR., an individual; and DOES 1through 20, inclusive,<br><br>Defendants. | Case No.: 8:18-cv-01194-AG-ADS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS MARY CAROLE MCDONNELL, NORTHERN TRUST CORPORATION, AND MELVIN CLARK JR.** |

{174605.1}

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a)(1)(A), plaintiff voluntarily dismisses Defendants Mary Carole McDonnell, Northern Trust Corporation, and Melvin Clark Jr. without prejudice.

Dated:  December 18, 2018          UMBERG ZIPSER LLP


_____
Dean J. Zipser
Attorneys for Plaintiff BANC OF
CALIFORNIA, NATIONAL
ASSOCIATION

{174605.1}                              1