UMBERG ZIPSER LLP
THOMAS J. UMBERG (SBN 94345)
tumberg@umbergzipser.com
DEAN J. ZIPSER (SBN 94680)
dzipser@umbergzipser.com
CAROLE E. REAGAN (SBN 162674)
creagan@umbergzipser.com
1920 Main Street, Suite 750
Irvine, CA  92614
Telephone: (949) 679-0052

BUCHALTER
A Professional Corporation
ROBERT S. MCWHORTER (SBN 226186)
JACQUELINE N. VU (SBN 287011)
500 Capitol Mall, Suite 1900
Sacramento, CA  95814
Telephone: (916) 945-5170
Email: rmcwhorter@buchalter.com
        jvu@buchalter.com

Attorneys for Plaintiff,
BANC OF CALIFORNIA,
NATIONAL ASSOCIATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| BANC OF CALIFORNIA, NATIONAL ASSOCIATION, a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>MARY CAROLE MCDONNELL, an individual; DION NORAVIAN, an individual; MERCHANTS BONDING COMPANY (MUTUAL);  NORTHERN TRUST CORPORATION; MELVIN CLARK JR., an individual; and DOES 1through 20, inclusive,<br><br>Defendants. | Case No.: 8:18-cv-01194-AG-ADS<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANTS DION NORAVIAN AND MERCHANTS BONDING COMPANY (MUTUAL) WITHOUT PREJUDICE [FRCP 41(a)]** |

{174637.1}

UMBERG ZIPSER LLP
ATTORNEYS AT LAW
IRVINE

CASE NO.: 8:18-CV-01194-AG-ADS
STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED by and between Plaintiff Banc of California, National Association ("BOC") and Defendants Dion Noravian ("Noravian") and Merchants Bonding Company (Mutual) ("Merchants"), by and through their respective attorneys of record, that Noravian and Merchants are dismissed from the above-entitled action without prejudice.

IT IS SO STIPULATED.

Dated:  December 19, 2018        UMBERG ZIPSER LLP


        s/ Dean J. Zipser
Dean J. Zipser
Attorneys for Plaintiff BANC OF CALIFORNIA, NATIONAL ASSOCIATION


Dated:  December 19, 2018        GERAGOS & GERAGOS APC


        s/ Marcus Petoyan
Marcus Petoyan
Attorneys for Defendant DION NORAVIAN


Dated:  December 19, 2018        WOOD, SMITH, HENNING & BERMAN LLP


        s/ Mikouya Sargizian
Mikouya Sargizian
Attorneys for Defendant MERCHANTS BONDING COMPANY (MUTUAL)

UMBERG ZIPSER LLP
ATTORNEYS AT LAW
IRVINE

{174637.1}                              1

CASE NO.: 8:18-CV-01194-AG-ADS
STIPULATION OF DISMISSAL