UMBERG ZIPSER LLP
THOMAS J. UMBERG (SBN 94345)
tumberg@umbergzipser.com
DEAN J. ZIPSER (SBN 94680)
dzipser@umbergzipser.com
CAROLE E. REAGAN (SBN 162674)
creagan@umbergzipser.com
1920 Main Street, Suite 750
Irvine, CA 92614
Telephone: (949) 679-0052

BUCHALTER
A Professional Corporation
ROBERT S. MCWHORTER (SBN 226186)
JACQUELINE N. VU (SBN 287011)
500 Capitol Mall, Suite 1900
Sacramento, CA 95814
Telephone: (916) 945-5170
Email: rmcwhorter@buchalter.com
        jvu@buchalter.com

Attorneys for Plaintiff,
BANC OF CALIFORNIA,
NATIONAL ASSOCIATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| BANC OF CALIFORNIA, NATIONAL ASSOCIATION, a national banking association, <br><br> Plaintiff, <br><br> vs. <br><br> MARY CAROLE MCDONNELL, an individual; DION NORAVIAN, an individual; MERCHANTS BONDING COMPANY (MUTUAL); NORTHERN TRUST CORPORATION; MELVIN CLARK JR., an individual; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.: 8:18-cv-01194-AG-ADS <br><br> **ORDER DISMISSING DEFENDANTS DION NORAVIAN AND MERCHANTS BONDING COMPANY (MUTUAL) WITHOUT PREJUDICE** |

{174638.1}

UMBERG ZIPSER LLP
ATTORNEYS AT LAW
IRVINE

CASE NO.: 8:18-CV-01194-AG-ADS
ORDER RE: STIPULATION FOR DISMISSAL

1   Having received and reviewed the Stipulation for Dismissal submitted by

2   Plaintiff Banc of California, National Association ("BOC") and Defendants Dion

3   Noravian ("Noravian") and Merchants Bonding Company (Mutual) ("Merchants"),

4   filed with this Court on December 19, 2018, it is hereby ORDERED pursuant to

5   Rule 41(a)(1) of the Federal Rules of Civil Procedure that Noravian and Merchants

6   are dismissed from the above-entitled action without prejudice.

7   IT IS SO ORDERED.

8

9   Dated: December 19, 2018

10   _____
    Hon. Andrew J. Guilford
    United States District Judge

11

12   Presented by:

13

14   Dated:  December 19, 2018          UMBERG ZIPSER LLP

15

16

17               s/ Dean J. Zipser
    _____

18   Dean J. Zipser
    Attorneys for Plaintiff BANC OF

19   CALIFORNIA, NATIONAL
    ASSOCIATION

20

21

22

23

24

25

26

27

28

UMBERG ZIPSER LLP
ATTORNEYS AT LAW
IRVINE

{174638.1}                                1